UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse    40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): 12-3777

Caption [use short title]

Motion for: Law Student Practice under LR 46.1(e)

United States v. Ira Rubin

Set forth below precise, complete statement of relief sought:

Permission for Law Student to conduct oral argument in this matter on 12/12/13

MOVING PARTY:
☐ Plaintiff    ☐ Defendant
☑ Appellant/Petitioner    ☐ Appellee/Respondent

OPPOSING PARTY: United States

MOVING ATTORNEY: Ian S. Weinstein

OPPOSING ATTORNEY: Jared Lenow, AUSA

[name of attorney, with firm, address, phone number and e-mail]

Lincoln Square Legal Services
33 W. 60th Street, Third Floor
New York, NY 10025
IWeinstein@law.fordham.edu

United States Attorney's Office, SDNY
1 St. Andrews Plaza
New York, NY 10007

Court-Judge/Agency appealed from:

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

Is oral argument on motion requested?  ☐ Yes  ☑ No  (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☑ Yes  ☐ No  If yes, enter date: 12/12/2013

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?  ☐ Yes  ☐ No
Has this relief been previously sought in this Court?  ☐ Yes  ☐ No
Requested return date and explanation of emergency:

Signature of Moving Attorney:
_[signature]_  Date: 11/25/13   Service by:  ☑ CM/ECF  ☐ Other [Attach proof of service]

## ORDER

IT IS HEREBY ORDERED THAT the motion is GRANTED DENIED.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk of Court

Date: _____    By: _____

Form T-1080 (rev. 7-12)

```
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-----------------------------------------------------------X
       United States of America,                              AFFIRMATION IN SUPPORT OF
                                                              MOTION TO PERMIT LAW
                                                              STUDENT PRACTICE UNDER
                                                              L.R. 46.1(e)
                              Plaintiff-Appellee,

              -against-

       Ira N. Rubin,
                       Defendant-Appellant.

-----------------------------------------------------------X
```

IAN S. WEINSTEIN, ESQ., under penalty of perjury, affirms:

1. I am Associate Dean of Clinical and Experiential Programs and a Professor of Law at Fordham University School of Law. I am also Executive Director of Lincoln Square Legal Services, Inc., the not-for-profit law firm through which the law school operates many of its legal clinics. Lincoln Square Legal Services, Inc. represents Mr. Rubin in the above-captioned matter. I make this affirmation in support of the motion to permit Timothy J. Straub, a recent graduate of Fordham University School of Law, to conduct oral argument before this Court on December 12, 2013.

2. All law students and fellows working in Fordham law legal clinics operated by Lincoln Square Legal Services, Inc. work under the guidance of supervising faculty who are also members of the bar.

3. Attached to this motion is Mr. Rubin's signed Law Student Practice Form.

4. We have spoken with opposing counsel, Assistant United States Attorney Jared Lenow, and he has no objection to this application.

5. Timothy Straub graduated from Fordham University School of Law in May 2013. While a student at Fordham Law, Mr. Straub worked on Mr. Rubin's case. Following graduation, Mr. Straub, as a fellow with Lincoln Square Legal Services, Inc., continued to work on Mr. Rubin's appeal.

6. Mr. Straub sat for and passed the July 2013 New York State Bar Examination. He is currently pending admission to the New York State Bar. He is well-qualified to argue this appeal as a law student under supervision pursuant to Local Rule 46.1(e).

7. Mr. Straub is familiar and will comply with the Code of Professional Responsibility of the American Bar Association, the Federal Rules of Appellate Procedure, the Rules of this Court, and any other federal rules relevant to this appeal. To the best of my knowledge, based on my observations and my review of his work, Timothy Straub possesses good character and competent legal skills.

8. I will carefully supervise Mr. Straub's work, ensure that he is well-prepared, and accompany him to the argument on December 12, 2013. I assume personal responsibility for his work and am prepared to supplement, if necessary, any statements made by him to the Court or opposing counsel.

WHEREFORE, it is respectfully requested that permission be granted for Timothy J. Straub to conduct oral argument in this matter on December 12, 2013.

*[signature]*

Ian S. Weinstein
Lincoln Square Legal Services, Inc.
33 West 60th Street, 3rd Floor
New York, New York 10023
iweinstein@law.fordham.edu

Dated: November 25, 2013
New York, New York

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
THURGOOD MARSHALL UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NY 10007
(212) 857-8500

## LAW STUDENT PRACTICE FORM
## LOCAL RULE 46.1(e)

The party for whom the law student is rendering services must complete and sign this form. If the services are rendered for the Government, the United States Attorney or an authorized representative of the agency represented must complete and sign the form.

I authorize __Timothy J. Straub_____, a law student, to appear in court or other proceedings on my behalf, and to prepare documents on my behalf in __United States v. Tzvetkoff_____, Second Circuit Docket Number __12-3777_____.
(short title)

X __11-10-2013__
(Date)

X _____
(Signature of Client)

(Attach a separate approval for each client involved)

### To Be Completed by the Law Student's Supervising Attorney:

I will carefully supervise this student's work. I authorize this student to appear in court or other proceedings and to prepare documents. I will accompany the student at such appearances, sign all documents prepared by the student, assume personal responsibility for the student's work and be prepared to supplement, if necessary, any statements made by the student to the Court or opposing counsel.

__11/11/2013__
(Date)

_____
(Signature of Attorney)

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
THURGOOD MARSHALL UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NY 10007
(212) 857-8500

## FORM FOR DESIGNATING COMPLIANCE WITH STUDENT PRACTICE RULE
LOCAL RULE 46.1(e)

Timothy J. Straub
(Name of Student)

Ian S. Weinstein
(Name of Supervising Attorney)

Address & Telephone of Above:
119 W. 104th St. #2W
New York, NY 10025
402.617.8283

Address and Telephone of Above:
Lincoln Square Legal Services, Inc.
33 West 60th Street, 3rd Floor; New York, NY 10023
212.636.7066

Name of Law School Student is Attending:
Fordham University School of Law
(Mr. Straub graduated in May 2013 and is
pending admission to practice in New York.)

### To Be Completed by Law Student:

I certify that I have completed at least four (4) semesters of law school; that I am familiar and will comply with the Code of Professional Responsibility of the American Bar Association, the Federal Rules of Appellate Procedure, the Rules of this Court, and any other federal rules relevant to this appeal.

11/20/2013
(Date)

*[signature]*
(Student's Signature)

### To Be Completed by the Dean or a Designated Faculty Member of the Law School Attended by the Student:

I certify that this student has completed at least four (4) semesters of law school work and possesses, to the best of my knowledge, good character and competent legal skills.

11/21/2013
(Date)

*[signature]*
(Signature of Dean or Faculty Member)

Associate Dean for Clinical & Experiential Programs
(Position of Above)